**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| Bernard Dunn,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Smith & Sons Foods, Inc. d/b/a S&S Cafeterias,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION**<br><br>**FILE NO. 5:19-cv-00502-TES** |

**MOTION TO WITHDRAW**
**HENRY THOMAS SHAW AS COUNSEL**

Defendant Smith & Sons Foods, Inc. respectfully requests that attorney H. Thomas Shaw be removed from the above-captioned case as counsel for Defendant and no longer receive electronic notice and service from the CM/ECF system.  In support of this Motion, Defendant states the following:

1.　　　Mr. Shaw is no longer employed at Alston & Bird LLP, the law firm that represents Defendant in the above-captioned case;

2.　　　Defendant will continue to be represented in this action by the attorneys from Alston & Bird LLP listed below;

3.　　　Defendant has consented to this withdrawal;

4.　　　Mr. Shaw's withdrawal from the above-styled case will not impact any deadlines in this matter.

Accordingly, Defendant respectfully requests that the Court enter the attached order directing the Clerk (i) to remove Mr. Shaw as counsel for Defendant in this case and (ii) to

2

cause Mr. Shaw to no longer receive electronic notices and service through the CM/ECF system for this case.

     Respectfully submitted this 7th day of October, 2020.

ALSTON & BIRD LLP

By:   */s/ Charles H. Morgan*
       Charles H. Morgan (Ga Bar 522040)
       charlie.morgan@alston.com
       Cynthia A. Little (Ga. Bar 454093)
       cynthia.little@alston.com

1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile:  404-253-8757

Attorneys for Defendant Smith & Sons Foods, Inc.

2